# MEMORANDUM
## United States District Court
### Eastern District of New York

To: JUDGE GLASSER
Case#: 07-CV-2201(ILG)
From: MARY COGNATO GONZALEZ
DATE: 4/4/2008
**Attached please find Motion/Request for:**

| | | Granted | Denied |
|---|---|---|---|
| xxx | Leave to appeal in forma pauperis | ✓ | |
| | Certificate of Appealability | | |
| XXX | Extension of Time to File the Notice of Appeal. | ✓ | |
| | Assignment of Counsel. | | |
| | Reconsideration | | |

Dated: 4/7/08